# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF IOWA
### CEDAR RAPIDS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | No. CR02-0001-LRR |
| vs. | |
| MATTHEW RITCHART, | ORDER |
| Defendant. | |

This matter appears before the court on the defendant's "motion for relief from judgment pursuant to rule 60(b)(4), (6) of the federal rules of civil procedure" (Docket No. 22). The defendant filed such motion on March 13, 2006. The government filed a resistance (Docket No. 23) on March 16, 2006 and a brief in support of its resistance (Docket No. 24) on April 14, 2006. The defendant filed a reply (Docket No. 25) on April 26, 2006. For the reasons articulated by the government, the court concludes that granting relief pursuant to Federal Rule of Civil Procedure 60(b)(4), (6) is not proper. The defendant should have relied upon 28 U.S.C. § 2255, rather than Federal Rule of Civil Procedure 60(b), to invoke the jurisdiction of the court. *See United States v. Lurie*, 207 F.3d 1075, 1077 (8th Cir. 2000) (stating that a "challenge to a federal conviction [. . .] is most appropriately brought as a motion under 28 U.S.C. § 2255"). Accordingly, the defendant's "motion for relief from judgment pursuant to rule 60(b)(4), (6) of the federal

rules of civil procedure" (Docket No. 22) is denied.

**IT IS SO ORDERED**.

**DATED** this 9th day of May, 2006.

_____
LINDA R. READE
JUDGE, U. S. DISTRICT COURT
NORTHERN DISTRICT OF IOWA

**Copies mailed on:** mem 05.09.06

**to counsel of record or pro se parties as shown on docket and other parties listed here:**